**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**


| | | |
|---|---|---|
| **COREY DELMAR SMITH, 36307-177,** | ) | |
| **MOVANT,** | ) | |
| **v.** | ) | **No. 3:08-CV-1313-B** |
| | ) | **3:07-CR-135-B(04)** |
| **UNITED STATES OF AMERICA,** | ) | **ECF** |
| **RESPONDENT.** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this   7th   day of   October  , 2008.




_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE